JS-6

# THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Martin Vogel, | Case No. CV13-01803 RGK (MRWx) |
| Plaintiff, | [~~Proposed~~] **Order re: Joint Stipulation for Dismissal** |
| vs. | |
| AutoZone West, Inc., *et al.*, | |
| Defendants. | |
| And Related Cross Action | |

Upon consideration of the Joint Stipulation for Dismissal submitted by plaintiff Martin Vogel; defendant/cross claimant AutoZone West, Inc. dba AutoZone #5611; and defendant/cross defendant The Gregory Scott Jones and Maria Ysabel Jones Family Limited Partnership,

IT IS HEREBY ORDERED that the complaint and cross-claim in the above-entitled action are dismissed with prejudice in their entirety.

Dated: March 26, 2014 _____   *[signature: Gary Klausner]*
_____
United States District Judge